# NO. 12-14-00001-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *DENNIS RAY FLANAGAN,* *APPELLANT* | § | *APPEAL FROM THE 159TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,* *APPELLEE* | § | *ANGELINA COUNTY, TEXAS* |

---

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant, Dennis Ray Flanagan, was convicted of two counts of assault–family violence and placed on community supervision for four years. Later, his community supervision was revoked and he was sentenced to imprisonment for two years. Appellant timely filed a notice of appeal.

By letter dated January 27, 2014, this court notified Appellant, pursuant to Texas Rule of Appellate Procedure 37.1, that the clerk's record filed in this case does not contain the trial court's certification of his right of appeal as required by Texas Rule of Appellate Procedure 25.2(d). Appellant was further informed that the appeal would be referred to the court for dismissal unless, on or before February 11, 2014, a supplemental clerk's record was filed containing the required certification. The February 11, 2014 deadline has now passed, and the clerk's record has not been supplemented with the required certification.

Rule 25.2(d) provides that the appeal "must be dismissed" if a certification that shows the defendant has the right of appeal has not been made part of the record. Because Appellant has failed, after notice, to comply with Rule 25.2(d), we ***dismiss*** this appeal.

Opinion delivered February 19, 2014.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**FEBRUARY 19, 2014**

**NO. 12-14-00001-CR**

**DENNIS RAY FLANAGAN,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 159th District Court

of Angelina County, Texas (Tr.Ct.No. CR-29477)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*